# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **THOMAS F. BALL III** | **EDWARD G. SMITH** | **DONNA S. HART** |
|---|---|---|
| CHIEF CIRCUIT MEDIATOR | CIRCUIT MEDIATOR | SENIOR RESIDENT CIRCUIT MEDIATOR |
| PALMYRA, VIRGINIA | 106 RIVER FALLS DRIVE | DURHAM, NORTH CAROLINA |
| | DUNCAN, SC 29334 | |
| | (864) 433-1511 | **FRANK C. LANEY** |
| | FAX (864) 433-1519 | CIRCUIT MEDIATOR |
| | Edward_Smith@ca4.uscourts.gov | CARY, NORTH CAROLINA |

October 3, 2014

Re: 14-1905, M.V.E., Incorporated v. RSC Equipment Rental, Incorpor

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for Tuesday, October 14, 2014 at 9:00am EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies:   Terry Lynn
          Phillip Adrian Perez
          Tracy Alan Saxe
          Christine Alicia Williams